UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BICH PHUONG N. PHAM, ET AL.,**

   Plaintiff,

v.                                                                 **No. 4:25-cv-00419-P**

**KIKA SCOTT,**

   Defendant.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Parties' Stipulation of Dismissal (ECF No. 15), this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **9th day of July 2025.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE